

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN 11, TEXAS**

GERALD C. MANN
~~WILLIAMSON~~
ATTORNEY GENERAL



Overruled by ~~WW-112~~
~~where conflict~~

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-708
Re: Authority of Comptroller to
issue warrants against the Texas
Unemployment Compensation Admin-
istration Fund for the payment
of salary and expenses of attor-
neys employed by the Unemploy-
ment Compensation Commission.

We acknowledge receipt of your request for an opinion
on the following question:

"Is this department authorized to issue war-
rants against the Texas Unemployment Compensation
Administration Fund in the State Treasury in pay-
ment of salary and expenses for an attorney employed
by the Texas Unemployment Compensation Commission?"

Paragraph 17 of Senate Bill 5, Acts 1936, 44th Legisla-
ture, 3rd Called Session, as amended by House Bill 586, 44th
Legislature and Senate Bill 21, 46th Legislature, reads as fol-
lows:

"Section 17. (a) In any civil action to en-
force the provisions of this Act the Commission
and the State <u>shall be represented by an Assistant
Attorney General who shall be appointed by the
Attorney General</u> and designated to perform such
legal duties as may be required of him by the
Commission, and who shall institute in the name
of the State and in the name of the Attorney Gen-
eral any civil action requested of him by the
Commission. <u>Such Assistant Attorney General
shall be paid by the Unemployment Compensation
Commission for the services performed by such
Assistant Attorney General solely for the Commis-
sion.</u> Such Assistant Attorney General may be
assisted by <u>any other qualified attorneys who are
regularly employed by the Commission.</u> (emphasis ours)

"(b)   All criminal actions for violations
of any provision of this Act, or of any rule or
regulation issued pursuant thereto, shall be
prosecuted by the Attorney General of the State;
or, at his request and under his direction, by
the prosecuting attorney of any county in which
the employer has a place of business or the vio-
lator resides."

Paragraph (d) of Section II of this Act reads as fol-
lows:

"(d)   Personnel:   Subject to other provisions
of this Act, the Commission is authorized to ap-
point, fix the compensation, and prescribe the
duties and powers of such officers, accountants,
attorneys, experts, and other persons as may be
necessary in the performance of its duties.   The
Commission shall not employ or pay any person who
is an officer or committee member of any political
party organization.   The Commission may delegate
to any such person so appointed such power and
authority as it deems reasonable and proper for
the effective administration of this Act, and may,
in its discretion, bond any person handling money
or signing checks hereunder."   (emphasis ours).

The section last quoted is made subject to other provi-
sions of the act and is controlled and limited by the more
specific language of Section 17.   The requirement in Section
17 that the Commission be represented by an Assistant Attorney
General is mandatory.   Reading together all of the sections
above quoted, it appears that the Commission may fill other
positions with qualified attorneys and that any such attorneys
so employed may be designated to assist and aid the Assistant
Attorney General.   It is clear that the statute by virtue of
which the Texas Unemployment Compensation Commission was
created authorizes the Commission  to employ attorneys in the
administration of the act, but at the same time limits the
capacity in which they may be employed.

It is the opinion of this department that the Comptroller
of Public Accounts is authorized to issue warrants against the
Texas Unemployment Compensation Commission Administration Fund
for the payment of the salary and expenses of employees who are
qualified attorneys, but not to an attorney who is employed for
the purpose of representing the Commission, as provided for in
Section 17 of the Act above referred to, unless such attorney
is an Assistant Attorney General.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Ross Carlton
Ross Carlton
Assistant

RC:jm:wc

APPROVED JUN 24, 1939
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BW Chairman